JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAL DIAGNOSIS TREATMENT CENTER, INC., a California corporation, d/b/a Sovereign Health of California; SHREYA HEALTH of CALIFORNIA INC; MEDICAL CONCIERGE, INC. d/b/a Medlink; SATYA HEALTH OF CALIFORNIA, INC.; SOVEREIGN HEALTH OF PHOENIX, INC.; SHREYA HEALTH OF ARIZONA, INC.; ADEONA HEALTHCARE, INC.; VEDANTA LABORATORIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PHYSICIANS' SERVICES, INC., d.b.a. BLUE SHIELD OF CALIFORNIA, a California Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; and DOES 1 through 25, inclusive; CHILDREN'S PRIMARY DENTAL GROUP HEALTH BENEFIT PLAN; LIVING FITNESS HEALTH BENEFIT PLAN; V. PAUL KATER, M.D. HELATH BENEFIT PLAN; TRINET EMPLOYEE BENEFIT INSURANCE PLAN, <br><br> Defendants. | Case No.: 2:22-cv-00333 RGK (PDx) <br><br> [Hon. Gary R. Klausner] <br><br> [PROPOSED] ORDER TO REMAND CASE TO STATE COURT  [17] <br><br> Complaint Filed (via Removal): 01/14/22 |

Kantor & Kantor LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

[PROPOSED] ORDER TO REMAND CASE TO STATE COURT

On February 10, 2022, the parties to the above-referenced action filed a Stipulation to Remand Case to State Court. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. This matter is hereby remanded to the Superior Court of California, County of Los Angeles, Case No. 21STCV44738.

IT IS SO ORDERED.

DATED: February 11, 2022

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Judge

cc: LASC, 21STCV44738